UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHEEBURGER CHEEBURGER
RESTAURANTS, INC.,

      Plaintiff,

v.                               Case No: 2:13-cv-558-FtM-38DNF

4JZINK, LLC, EUGENE H. REES,
JOSEPH L. SCHAFER, MICHAEL
HALAMA and DAVID R. HALAMA,

      Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Notice of Settlement (Doc. #36) between Plaintiff and Defendants Joseph L. Schafer, Michael Halama, and David Halama filed on October 7, 2013. Pursuant to Local Rule 3.08(a), this Court has now been advised by counsel that the above action has been settled between Plaintiff and Defendants Schafer, M. Halama, and D. Halama, only. Thus, this matter will be dismissed without prejudice as to these Defendants. Plaintiff is directed to inform the Court whether it will be pursuing this action against Defendants 4JZINK, LLC and Eugene H. Rees, or this matter may be closed as to these Defendants as well by filing a stipulation of dismissal in compliance with Federal Rule of Civil Procedure 41.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

(1) That this cause between Plaintiff and Defendants Joseph L. Schafer, Michael Halama, and David Halama is **DISMISSED without prejudice** subject to the right of any party within thirty (30) days from the date of this Order, **November 8, 2013**, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause. See Local Rule 3.08(b). Otherwise, after thirty (30) days, without further order, this dismissal shall be deemed *with prejudice*.

(2) All pending deadlines between Plaintiff and Defendants Joseph L. Schafer, Michael Halama, and David Halama are hereby moot.

(3) Plaintiff shall have up to and including **October 15, 2013**, to inform the Court whether it will be pursing this action against Defendants 4JZINK, LLC and Eugene H. Rees.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of October, 2013.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record